IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES ALLEN BYRD,

        Plaintiff,

v.                                                   4:06cv375-WS

CHARLES V. CRIST,
STATE OF FLORIDA,

        Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation (doc. 14) docketed January 4, 2007. The Magistrate Judge recommends that Plaintiff's complaint be dismissed as time-barred under the applicable statute of limitations and for failure to state a claim. Although he was given an extension of time to file objections to the Report and Recommendation, Plaintiff has filed no objections.

The Court having reviewed the record, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 14) is hereby ADOPTED and incorporated by reference into this order.

2. Plaintiff's complaint and this action are hereby DISMISSED as time barred under the applicable statute of limitations and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

3. The Clerk shall enter judgment accordingly.

DONE AND ORDERED this  5th  day of   March  , 2007.


                                     s/ William Stafford
                                     WILLIAM STAFFORD
                                     SENIOR UNITED STATES DISTRICT JUDGE